BEFORE THE THIRD DIVISION, JUNE 30, 1965

No. 69434.—Haruta & Co., Inc. *v.* United States, protests 59/13796, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the items marked "T" consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), and that the items marked "D" consist of cups and saucers the same as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JULY 6, 1965

No. 69435.—Norman G. Jensen, Inc. *v.* United States, protest 61/12141(B) (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of eviscerated geese similar in all material respects to those the subject of *C. J. Tower & Sons of Niagara, Inc.* v. *United States* (52 Cust. Ct. 14, C.D. 2427), the claim of the plaintiff was sustained.

No. 69436.—A. N. Deringer, Inc. *v.* United States, protests 62/10646, etc. (Ogdensburg).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of cigarette tubes similar in all material respects to those the subject of *A. N. Deringer, Inc.* v. *United States* (53 Cust. Ct. 63, C.D. 2474), the claim of the plaintiff was sustained.